# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-07-00385-CV

**Calvin E. Conway, Appellant**

**v.**

**Judith B. Conway, Appellee**

### FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 395TH JUDICIAL DISTRICT
### NO. 01-1854-F395, HONORABLE MICHAEL JERGINS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Calvin E. Conway, appearing pro se, has filed a letter with this Court stating, "I respectfully withdraw my appeal effective the above date." We will construe the appellant's letter as a motion to dismiss his appeal. Accordingly, we grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1).

_____

Diane Henson, Justice

Before Chief Justices Patterson, Puryear and Henson

Dismissed on Appellant's Motion

Filed: May 2, 2008